# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Fredrick Dewayne Hines,

          Plaintiff,                      **Case No. 16cv352 (DSD/SER)**

v.

Tom Roy, et al.,                           **ORDER**

          Defendants.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Fredrick Dewayne Hines's Motions for Preliminary Relief [Doc. Nos. 13, 27, 31] are **DENIED**.

Dated: November 16, 2016

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court