UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 16-cv-352 (DSD/SER)

Fredrick Dewayne Hines,

    Plaintiff,

v.                    **ORDER**

Tom Roy, et al.,

    Defendants.

---

This matter comes before the court on the report and recommendation of Magistrate Judge Steven E. Rau. No objections to the R&R were filed within the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 123] is adopted in its entirety;

2. The motion to dismiss [ECF No. 38] is granted;

3. The motion for leave to file an amended complaint [ECF No. 47] is denied;

4. The motion to file amended complaint pursuant to Fed. R. Civ. P. 15(a) [ECF No. 50] is denied;

5. The motion to dismiss [ECF No. 97] is granted; and

6. This action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 7, 2016          s/David S. Doty
                                       David S. Doty
                                       United States District Judge